*E-Filed 6/22/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRES LUIS DIAZ, | No. C 09-2984 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| D. GUERRA, et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff's motion to extend time to file a response to defendant Guerra's motion for summary judgment (Docket No. 39) is GRANTED. Plaintiff shall file his response within 60 days from the date this order is filed.

This order terminates Docket No. 39.

**IT IS SO ORDERED**.

DATED: June 22, 2010

_____
RICHARD SEEBORG
United States District Judge

No. C 09-2984 RS (PR)
ORDER EXTENDING TIME